USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ANA YSABEL COLON,

                Plaintiff,

      -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.

-----------------------------------------------------------X

19 **CIVIL** 2880 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 27, 2019, the Commissioner's decision is reversed and this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for additional administrative proceedings as described in the Court's Order of Remand.

**Dated:** New York, New York
          December 27, 2019

                                              **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                    BY:
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019