```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANA YSABEL COLON,                                          :
                                                           :
                        Plaintiff,                         :
                                                           :
        -against-                                          :
                                                           :
Commissioner of Social Security,                           :
                                                           :
                        Defendant.                         :
-------------------------------------------------------------X
```

**ORDER**

19-CV-2880 (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court has received plaintiff's counsel's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 206(b)(1), and an affidavit and exhibits in support. (ECF No. 31.) By **Monday, November 21, 2022**, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

    **SO ORDERED.**

Dated:   November 7, 2022
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge